## (January 18, 1962)

■ In the Matter of Cecil L. Johnson, Petitioner, v. Martin C. Epstein et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed and petition dismissed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of New England Dredge and Dock Company, Appellant, v. City of New York et al., Respondents.— Order entered on August 15, 1961 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ The People of the State of New York, Respondent, v. Clarence D. Green, Appellant.— Order entered on March 13, 1961 unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ The People of the State of New York, Respondent, v. Charles E. Morrow, Appellant.— Order entered on January 27, 1961 unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ The People of the State of New York, Respondent, v. Louis Finkelstein, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [28 Misc 2d 771.]

■ The People of the State of New York, Respondent, v. Louis Schaeffer, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [28 Misc 2d 771.]

■ Arthur H. Sobel, Trading as Loki Company, Respondent, v. News Syndicate Co., Inc., Appellant.— Order entered on November 14, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of Eric J. Phinn, Appellant, v. Anna M. Kross, as Commissioner of the Department of Correction of the City of New York, Respondent.— Order entered on August 30, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of the Accounting of Chase Manhattan Bank, as Substituted and Last Remaining Successor Trustee of the Trust for the Benefit of Howard Gould and Remaindermen under the Will of Jay Gould, Deceased, Respondent. Anthony J. Drexel IV et al., Appellants, John S. Cram III et al., Respondents.— Intermediate decree, so far as appealed from, unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ James Talcott, Inc., Respondent, v. Winco Sales Corporation, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ. [28 Misc 2d 610.]

■ Judith Vega, Plaintiff, v. American Cyanamid Company, Defendant and Third-Party Plaintiff-Appellant. Radio Receptor Co., Inc., Third-Party Defendant-Respondent.— Order entered on May 25, 1961 unanimously affirmed, with $20 costs and disbursements to third-party defendant-respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ Indussa Corporation, Respondent, v. Blake Supply Inwood Corporation, Appellant.— Order entered on November 2, 1960 unanimously affirmed, with costs to respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.